ACCEPTED
04-14-00916-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/13/2015 1:29:07 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00916-CR

IN THE
FOURTH COURT OF APPEALS
OF TEXAS
AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/13/2015 1:29:07 PM
KEITH E. HOTTLE
Clerk

**EBERTO A. MENDEZ**,
Appellant

VS.
**THE STATE OF TEXAS**,
Appellee

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE COURT OF APPEALS:

Comes now, and RICHARD B. DULANY, JR., Assistant Public Defender, counsel for Appellant in the above-styled appeal, and respectfully requests permission to withdraw as counsel.

### I.

The Bexar County Public Defender's office was appointed on December 29, 2014 to represent Appellant in this appeal from the revocation of probation and adjudication of guilt in this case, obtained upon Appellant's plea of true to the trial court.

### II.

Undersigned counsel has conducted a diligent review of the record and pertinent case law, and counsel finds the appeal to be wholly frivolous. Counsel

has filed a brief pursuant to *Anders v. California,* 386 U.S. 738 (1967) and *High v. State*, 573 S.W.2d 807 (Tex.Crim.App. 1978), in which counsel relates that he has diligently searched the record and has failed to find any meritorious issues for review on appeal.

## III.

Counsel has provided Appellant, by Certified Mail, a copy of the brief filed in this case, along with a letter outlining Appellant's rights under *Anders*, including the right to review the appellate record and file a *pro se* brief.

## IV.

Counsel has provided Appellant with a motion for *pro se* access to the appellate record to sign, date, and return to this Court for filing. *See* Kelly v. State, 436 S.W.3d 313, 318-19 (Tex. Crim. App. 2014).

## V.

Counsel has provided Appellant a copy of this Motion to Withdraw contemporaneously with filing of said brief.

## VI.

For the above reasons, counsel respectfully requests permission to withdraw from further representation of Appellant.

Respectfully submitted,

/s/ Richard B. Dulany, Jr.

_____

RICHARD B. DULANY, JR.

Assistant Public Defender
Bexar County Public Defender's Office
101 W. Nueva St., Suite 310
San Antonio, Texas 78205
richard.dulany@bexar.org
(210) 335-0701
FAX (210) 335-0707
Texas Bar No. 06196400

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE AND COMPLIANCE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Motion To Withdraw as Counsel has been delivered electronically to the Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 300 Dolorosa St., Suite 710, San Antonio, Texas 78205, on **April 13, 2015**.

I further certify that a true and correct copy of the foregoing motion was served upon Eberto A. Mendez, TDCJ# 01965661, Dominguez State Jail, 6535 Cagnon Road, San Antonio, Texas 78252-2202, by certified mail, return receipt requested, Article No. 7012 1640 0002 4217 9888, on **April 13, 2015**.

This document contains 442 words.

/s/ Richard B. Dulany, Jr.

_____
RICHARD B. DULANY, JR.